## Ex Parte Colón.

### Petition for a writ of Habeas Corpus.

No. 50.—Decided April 10, 1905.

Habeas Corpus—Warrant of Arrest.—Where a municipal judge or a justice of the peace orders the arrest of a defendant, he must issue a warrant signed by him in his official capacity, and a failure to comply with this requirement in the issuance of a warrant of arrest renders the same substantially defective, and the imprisonment of a defendant thereunder is illegal, and he is entitled to be discharged from custody on *habeas corpus* proceedings.

*Mr. Casalduc,* for petitioner.
*Mr. Rossy, Fiscal,* for The People.

OPINION OF THE COURT.

Municipal judges having now in cases of felonies and misdemeanors the same jurisdiction which justices of the peace had formerly, and in view of the provisions of section 37 of the Code of Criminal Procedure, by which it is required that the commitment be signed by the judge, with his official title, and this essential requirement being lacking in the commitment issued for the imprisonment of the petitioner, the original of which has been produced by the warden of the mu-

.nicipal jail, the petition for his discharge is granted and it is hereby ordered that the petitioner, José Colón Márquez, be discharged from custody forthwith.

*Granted.*

Chief Justice Quiñones and Justices Hernández, Figueras, MacLeary and Wolf concurred.